UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BALBO,<br><br>            Petitioner,<br><br>      v.<br><br>M. MARTEL,<br><br>            Respondent. | CASE NO. ED CV 16-2509-TJH (PJW)<br><br>ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION |

Before the Court is a petition for writ of habeas corpus in which Petitioner again seeks to challenge a 1999 state conviction for possession of a firearm by a convicted felon, which resulted in a 25-year-to-life sentence under California's Three Strikes law. (Petition at 1.) His first petition was denied on the merits in 2006. (*Balbo v. Lewis*, ED CV 02-1307-TJH (PJW), March 9, 2006 Order.) The Ninth Circuit Court of Appeals later denied Petitioner's request for a certificate of appealability. (*Balbo v. Lewis*, CCA No. 06-55575, June 29, 2007 Order.) In 2009, Petitioner filed a new habeas petition, which was denied as second or successive. (*Balbo v. Cate*, ED CV 09-1967-TJH (PJW), November 2, 2009 Order Dismissing Petition.)

Because Petitioner has already brought a habeas petition challenging this same conviction, the current Petition is also subject

to dismissal as being second or successive. *See* 28 U.S.C. § 2244. Absent an order from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or sentence in this court. *See* 28 U.S.C. § 2244 (b)(3)(A); *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court). For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: January 6, 2017

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\ED16CV02509TJH-BABO V MARTEL Ord dismiss.wpd