JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN MICHAEL BALBO, | ) | CASE NO. ED CV 16-2509-TJH (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| M. MARTEL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 6, 2017.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\ED16CV02509TJH-BALBO V MARTEL Judgment.wpd